■ In the Matter of the Claim of DIANE SERAFINI, Respondent, v A. SERAFINI, INC., et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed December 21, 1987, which ruled that claimant's decedent sustained an accidental injury

in the course of his employment and awarded workers' compensation death benefits.

Decision affirmed, with one bill of costs (see, Matter of Kavanaugh v Empire Mut. Ins. Group, 151 AD2d 885). Mahoney, P. J., Casey, Weiss, Levine and Mercure, JJ., concur.